Marie Swartz, administratrix of the estate of George Swartz, deceased, appellee, v. Chicago & Northwestern Railway Company, appellant. Gen. No. 7,376.

Action for wrongful death. Judgment for plaintiff. Appeal from the Circuit Court of Kane county; the Hon. William J. Fulton, Judge, presiding. Heard in this court at the April term, 1924. Reversed and remanded. Opinion filed March 27, 1925.

John A. Russell and Nye F. Morehouse, for appellant; Nelson J. Wilcox, of counsel. Egan & Tobin and Peffers & Wing, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

Abraham S. Berg et al., appellants, v. J. D. Annenberg et al., appellees. Gen. No. 7,380.

Action for goods sold. Dismissed. Appeal from the City Court of Aurora; the Hon. Edward M. Mangan, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded. Opinion filed March 27, 1925.

Fred B. Shearer, for appellants; Charles B. Dickerson, of counsel. Samuel J. Stephens, for appellees.

Mr. Justice Jones delivered the opinion of the court.

---

Champion Milling & Grain Company, appellant, v. F. J. Simater, appellee. Gen. No. 7,390.

Suit for merchandise sold. Judgment for defendant. Appeal from the County Court of Woodford county; the Hon. W. H. Foster, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 27, 1925. Rehearing denied April 28, 1925.

Fort & Fort, for appellant. Ernest J. Henderson and Kennedy & Kennedy, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

Charles W. Helmig, appellant, v. Frank L. Dean, appellee. Gen. No. 7,398.

Suit for commission on sale of real estate. Judgment for defendant. Appeal from the Circuit Court of LaSalle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded. Opinion filed March 27, 1925. Rehearing denied April 28, 1925.

Butters & Butters, for appellant. Kelly, Kelly & Kelly, for appellee.

Mr. Justice Jones delivered the opinion of the court.